**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JENNIFER MADRIGAL,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**SHAWNEE MISSION SCHOOL DISTRICT,** )<br>**ET AL.,** )<br>)<br>**Defendants.** ) | **Case No. 19-2472-JWL-KGG** |

## ORDER OF DISMISSAL WITH PREJUDICE

**NOW ON THIS** 22nd day of June, 2020 counsel for Plaintiff Jennifer Madrigal and Defendant Shawnee Mission Unified School District No. 512, Johnson County Kansas have filed a Joint Stipulation for Dismissal with Prejudice in the above-captioned matter. Based upon the Joint Stipulation for Dismissal and for good cause shown, the Court hereby ORDERS that Plaintiff's suit against Defendant be dismissed with prejudice with the parties to bear their own costs.

IT IS SO ORDERED.

Dated on this 22nd day of June, 2020.

_s/ John W. Lungstrum_____
District Court Judge